02-11-494-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00494-CV

 

 


 
 
 Samuel Kadyebo
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 CJ Heritage Apts.
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Appellant's Motion To
Dismiss Appeal With Prejudice.”  It is the court=s
opinion that the motion should be granted.  We deny “Appellee’s Motion To
Dismiss Appellant’s Appeal” as moot.

We
dismiss the appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
May 31, 2012









[1]See
Tex. R. App. P. 47.4.